February 20, 2014



# JUDGMENT

# 𝔗𝔥𝔢 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

THE STATE OF TEXAS, Appellant

NO. 14-13-00916-CR                     V.

DARRYL HENDERSON, Appellee

_____

This cause was heard on the motion of the State to dismiss the appeal. Having considered the motion, the Court orders the appeal **DISMISSED**.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.